UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Brownsville Division

_Raul G. Gonzalez_

vs

_T-Com. Inc._

United States District Court
Southern District of Texas
FILED
MAR 06 2002
Michael N. Milby
Clerk of Court

MISC ~~CIVIL~~ ACTION No. _B-02-007_
(Case number to be assigned by
Intake Clerk when appropriate).

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e–5. Equitable and other relief are also sought under 42 U.S.C. § 2000e–5 (g).

2. Plaintiff, _Raul G. Gonzalez_ is a citizen of the United States and resides at _16 Sybil dr._ _Brownsville_
(Street Address)                               (City)
_Texas_  _78520_  _(956) 350-4805_
(State)   (Zip Code)   (Telephone)

3. Defendant, _T-Com_ lives at, or its business is
(Name of Defendant)
located at _700 South Iowa_ _Brownsville_
(Street Address)                               (City)
_Texas_  _78521_
(State)  (Zip Code)

(This form must be filled in legible print or typewritten)

Page 1

4. Plaintiff sought employment from the defendant or was employed by the defendant at:

<u>700 S. Iowa</u>  <u>Brownsville</u>
(Street Address)  (City)

<u>Cameron</u>  <u>Texas</u>  <u>78521</u>
(County)  (State)  (Zip Code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about <u>Nov. 3, 2000</u>.
(Date)

6. Plaintiff filed charges against the defendant with the Equal Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 8 of this complaint on or about <u>Sept. 21, 2001.  attachment -</u>
(Date)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on <u>12-12-01</u>, a copy of said notice is attached.
(Date)

8. Because of plaintiff's (1) ___ race, (2) ___ color, (3) ___ sex (4) ___ religion, (5) ___ national origin, the defendant (6) <u>Age</u> ?

    (a) ___ failed to employ the plaintiff

    (b) ___ terminated the plaintiff's employment

    (c) ___ failed to promote the plaintiff

    (d) ___ Other: <u>Transfer to another department</u>

9. The circumstances under which the defendant discriminated against plaintiff were as follows: <u>To this day I don't know why I was transferr. Harold (man in charge of Te-Com) told me all positions were fill out</u>

Page 2

10. The acts set forth in paragraph 8 of this complaint

    (a) \_\_\_\_ are still being committed by defendant

    (b) \_\_\_\_ are no longer being committed by defendant

    (c) ✓ may still be being committed by defendant

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) \_\_\_\_ Defendant be directed to employ plaintiff

    (b) \_\_\_\_ Defendant be directed to re-employ plaintiff

    (c) \_\_\_\_ Defendant be directed to promote plaintiff

    (d) \_\_\_\_ Defendant be directed to _specify what I, Raul Gonzalez did wrong. Worked five years under city & three under Ryden and never had a reprimand, whats happen=_

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_Raul D Gonzales_
(Signature of Plaintiff)

_16 Sybil dr._
(Plaintiff's Street Address)

_Brownsville_   _Texas_   _78520_
City      State      Zip Code

_(956) 350-4805_
(Telephone Number)

Page 3

Attachment to #6 –

(6) Plaintiff (Raul Gonzalez) filed my paper work thru Equal Opportunity Commission late; because the people at the Workforce didn't show me how to fill out the paper work.

I complain to the people here in Brownsville & also in McAllen; finally Mr. Castañeda from Brownsville help me out. Thats why I was late

EEOC Form 161 (10/96)         **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Mr. Raul Gonzalez | From: Equal Employment Opportunity Commission |
| --- | --- |
| 16 Sybil Drive | San Antonio District Office |
| Brownsville, TX 78520 | 5410 Fredericksburg Rd. Suite 200 |
| | San Antonio, TX 78229 |

[ ]  *On behalf of person(s) aggrieved whose identity is*
     *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| 360 A2 0066 | Travis Hicks, Supervisor | (210) 281-7644 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[X]  We cannot investigate your charge because it was not filed within the time limit required by law.

[ ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]  While reasonable efforts were made to locate you, we were not able to do so.

[ ]  You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[ ]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____Esther Y Herrera_____         12/12/01
Pedro Esquivel, Director                    (Date Mailed)

Enclosure(s)

cc:    TECOM, Inc.

*Affidavit of Raul Gonzalez*

In October 1992 I started working for the Brownsville Urban System. I resigned in November 2000.

Brownsville Urban System (BUS) is the public city bus system that is funded thru federal and state grants. I worked for five (5) years under the city system when at the end of five years the city came with the idea that the bus system was to become privately owned. So, Ryder MLS took over. I worked for this company for three (3) years. Under new management, (a gentleman by the name of Spencer took over local operation) approximately 3 mechanics were terminated. This reduction in work force increased the level of work for the remaining employees. While working three years for the Ryder MLS company, I maintained an exceptional work record (no written reports and no late arrivals). At the conclusion of 3rd Quarter 2000, Ryder MLS did not meet fiscal expectations and the contract with this company was terminated. TE Com took over operations.

Before the end of Ryder MLS management, a gentleman by the name of Mr. Mike Ramos was rehired for the 3rd or 4th time. City policies state that upon termination one cannot be rehired for the same position. Mr. Ramos was placed in a supervisory position under the TE Com system. He produced a list of employees that he intended to keep in the Department. I was not on this list and was concerned about my future employment. I went to talk to Lydia Gonzalez (Human Resources) and she told me she could not do anything because the company was under new management. I proceeded to talk to Harold (gentleman in charge of Brownsville operations for TE Com) and requested additional information about my current status. I was notified that I was being transferred to a different department. Mr. Harold seemed to know little of my transfer and also stated that all positions were now filled and if per chance an opening were to become available he would call upon me.

Of all the mechanics in this department, I was the only one transferred out. This was understandable as I was left with the impression that the department was overstaffed.

Shortly thereafter, the department I was transferred out off hired two (2) additional mechanics!

I stayed with the company because I was transferred into the truck department. I had limited experience with trucks but felt capable of doing a good job. However, I was later notified that I was to work on automobiles, also. My greatest concern was that most of my eight years of experience were attained on buses and the department I was to transfer to was automobiles. I was not current in the electrical systems of these vehicles and felt my experience was best utilized in the bus department. I conveyed my concern about maintaining cars. I felt the new technology of the more current automobiles would require additional training. The company did not offer this training. I was concerned that my inexperience in these vehicles would jeopardize my position of a good mechanic. More so, I was concerned that my inexperience would jeopardize the safety of the drivers. The aforementioned concerns pressured me to resign my position. Please also note that I was the only mechanic on staff that had a college diploma on diesel mechanics. Some of the mechanics that remained in the bus department were not proficient in the use of the English language. I am not stating that I was the best diesel mechanic but I feel that my experience and education met and/or exceeded the requirements for the position I transferred from. I feel that I was intentionally moved from this department because of my age and/or experience. I was the oldest in the department and maintained the most experience in the department.

In conclusion, I believe that I was singled out for my age and intentionally placed in a department that I would have difficulty with the systems (even after I conveyed my concerns).

Thank you for your attention in this matter.

Respectfully,

Raul Gonzalez

*Raul Gonzales*

03-06-02