United States District Court
Southern District of Texas
FILED

APR 15 2002

Michael N. Milby
Clerk of Court

April 15, 2002

MISC B-02-07

Your Honor;

I am giving answer to your letter which I just receive and its asking why I made my petition to EEOC after the limitation period.

Sir, for six to eight months I tried to file a complain thru the Workforce offices, I made about ten or more trips to the Workforce offices here in Brownsville & McAllen, and the people never oriented me how the process was done. Finally at the end of seven or eight months I made another visit to the Brownsville Workforce office.

The Receptionist send me to Mr. Rolando Castañeda and he was the one that gave me the forms to fill out & mail to EEOC.

I am grateful for Mr. Castañeda because if it had not been for his help nobody would have heard me.

I went & talked to about ten lawyers and none of them would help me or give me advice; they had me going in circles like a chicken with no head.

Thank you for at least hearing me I worked eight years as a bus mechanic I didn't have a single reprimand

I have a Diesel Mechanic Diploma from Texs Southmost College And what do I get. ???

Thank You
Raul G. Gonzalez