UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| RAUL G. GONZALEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | MISC. NO. B-02-07 |
| | § | |
| T-CON, INC., | § | |
| Defendant. | § | |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's claims for relief under Title VII of the Civil Rights Act of 1964 are hereby DENIED.

DONE at Brownsville, Texas this ___ day of _May_____, 2002.

_____
Hilda Tagle
United States District Judge